UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 09-17990-ERW |
| | § | |
| MIROSLAV LECIC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor(s) filed a petition under chapter 7 of the United States Bankruptcy Code on 05/19/2009. The undersigned trustee was appointed on 05/19/2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor(s) as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                        $7,603.52

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Administrative expenses | $0.00 |
| Payments to creditors | $0.00 |
| Non-estate funds paid to 3rd Parties | $0.00 |
| Payments to the debtor(s) | $0.00 |
| Leaving a balance on hand of[1] | $7,603.52 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of additional interest

      6. The deadline for filing claims in this case was 10/22/2009. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,510.35. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $0.00 as interim compensation and now requests the sum of $1,510.35, for a total compensation of $1,510.35. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $66.14, for total expenses of $66.14.

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/26/2010            By:  /s/ David P. Leibowitz
                                        Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TFR (9/1/2009)

Exhibit A

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No.: 1

| Case No.: | 09-17990-ERW | | Trustee Name: | David Leibowitz |
| Case Name: | LECIC, MIROSLAV | | Date Filed (f) or Converted (c): | 05/19/2009 (f) |
| For the Period Ending: | 7/26/2010 | | §341(a) Meeting Date: | 07/01/2009 |
| | | | Claims Bar Date: | 10/22/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 5041 W. Devon Ave., (Single Family Home) | $290,000.00 | $0.00 | DA | $0.00 | FA |
| 2 | CASH ON HAND | $200.00 | $200.00 | DA | $0.00 | FA |
| 3 | Furniture | $2,000.00 | $2,000.00 | DA | $0.00 | FA |
| 4 | Clothing | $1,000.00 | $1,000.00 | DA | $0.00 | FA |
| 5 | LM Cargo, Inc /Stock & Interest | $1,000.00 | $1,000.00 | DA | $0.00 | FA |
| 6 | 2005 Jeep Grand Cherokee | $6,000.00 | $1,700.00 | | $4,100.00 | FA |
| 7 | Freight Truck | $7,000.00 | $3,500.00 | | $3,500.00 | FA |
| INT | Interest Earned (u) | Unknown | Unknown | | $3.52 | Unknown |

TOTALS (Excluding unknown value)  $307,200.00    $9,400.00         $7,603.52    $0.00

Gross Value of Remaining Assets

**Major Activities affecting case closing:**
Ready for TFR no claims objections necessary.01/14/10

Initial Projected Date Of Final Report (TFR): 07/01/2011    Current Projected Date Of Final Report (TFR): 07/01/2011

Page No: 1 Exhibit B

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-17990-ERW | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | LECIC, MIROSLAV | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******2904 | | Money Market Acct #: | ******6265 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market Account |
| For Period Beginning: | 5/19/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/26/2010 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/06/2010 | | Wire in from JPMorgan Chase Bank, N.A. account ********6265 | Wire in from JPMorgan Chase Bank, N.A. account ********6265 | 9999-000 | $7,602.33 | | $7,602.33 |
| 04/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.36 | | $7,602.69 |
| 05/28/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.45 | | $7,603.14 |
| 06/25/2010 | (INT) | Bank of New York Mellon | Interest | 1270-000 | $0.32 | | $7,603.46 |
| 06/25/2010 | | Sterling Bank | Transfer Funds | 9999-000 | | $7,603.46 | $0.00 |

| | | | |
|---|---|---|---|
| | TOTALS: | $7,603.46 | $7,603.46 |
| | Less: Bank transfers/CDs | $7,602.33 | $7,603.46 |
| | Subtotal | $1.13 | $0.00 |
| | Less: Payments to debtors | $0.00 | $0.00 |
| | Net | $1.13 | $0.00 |

**For the period of 5/19/2009 to 7/26/2010**

| Total Compensable Receipts: | $1.13 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1.13 |
| Total Internal/Transfer Receipts: | $7,602.33 |

| Total Compensable Disbursements: | $0.00 |
|---|---|
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $7,603.46 |

**For the entire history of the account between 04/06/2010 to 7/26/2010**

| Total Compensable Receipts: | $1.13 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1.13 |
| Total Internal/Transfer Receipts: | $7,602.33 |

| Total Compensable Disbursements: | $0.00 |
|---|---|
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $7,603.46 |

Exhibit B

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2

| Case No. | 09-17990-ERW |
| --- | --- |
| Case Name: | LECIC, MIROSLAV |
| Primary Taxpayer ID #: | ******2904 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 5/19/2009 |
| For Period Ending: | 7/26/2010 |

| Trustee Name: | David Leibowitz |
| --- | --- |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Money Market Acct #: | ******6265 |
| Account Title: | Money Market Account |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/28/2009 | | 2006 Jeep & 2001 Freightliner | Purchase of Equity -2005 Jeep Grand Cherokee and 2001 Freight Truck | * | $2,500.00 | | $2,500.00 |
| | {6} | | Purchase of 2005 Jeep Grand Cherokee   $1,684.15 | 1129-000 | | | $2,500.00 |
| | {7} | | Purchase 2001 Freightliner interest   $815.85 | 1129-000 | | | $2,500.00 |
| 07/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.01 | | $2,500.01 |
| 08/27/2009 | | Miroslav Lecic | Purchase of Equity -2005 Jeep Grand Cherokee and 2001 Freight Truck | * | $5,100.00 | | $7,600.01 |
| | {6} | | Purchase of equity - 2005 Jeep Grand Cherokee   $2,415.85 | 1129-000 | | | $7,600.01 |
| | {7} | | Purchase of equity - Freight liner Truck   $2,684.15 | 1129-000 | | | $7,600.01 |
| 08/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.10 | | $7,600.11 |
| 08/31/2009 | | Federal Withholding Debit | Federal Withholding Debit | 2990-000 | | $0.02 | $7,600.09 |
| 09/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.31 | | $7,600.40 |
| 10/15/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Backup Withholding posting | 2810-000 | | ($0.02) | $7,600.42 |
| 10/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.31 | | $7,600.73 |
| 11/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.32 | | $7,601.05 |
| 12/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.32 | | $7,601.37 |
| 01/29/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.29 | | $7,601.66 |
| 02/26/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.28 | | $7,601.94 |
| 03/31/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.34 | | $7,602.28 |
| 04/06/2010 | | Wire out to BNYM account ********6265 | Wire out to BNYM account ********6265 | 9999-000 | ($7,602.33) | | ($0.05) |
| 04/06/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | $0.05 | | $0.00 |
| | | | | SUBTOTALS | $0.00 | $0.00 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 3  Exhibit B

| Case No. | 09-17990-ERW | | | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- | --- | --- |
| Case Name: | LECIC, MIROSLAV | | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******2904 | | | Money Market Acct #: | ******6265 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Money Market Account |
| For Period Beginning: | 5/19/2009 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/26/2010 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | | | $0.00 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | TOTALS: | | $0.00 | $0.00 | |
| | | | Less: Bank transfers/CDs | | ($7,602.33) | $0.00 | |
| | | | Subtotal | | $7,602.33 | $7,602.33 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $7,602.33 | $0.00 | |

For the period of 5/19/2009 to 7/26/2010                           For the entire history of the account between 07/28/2009 to 7/26/2010

| Total Compensable Receipts: | $7,602.33 | Total Compensable Receipts: | $7,602.33 |
| --- | --- | --- | --- |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,602.33 | Total Comp/Non Comp Receipts: | $7,602.33 |
| Total Internal/Transfer Receipts: | ($7,602.33) | Total Internal/Transfer Receipts: | ($7,602.33) |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 4                                   Exhibit B

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 09-17990-ERW | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- |
| Case Name: | LECIC, MIROSLAV | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******2904 | Money Market Acct #: | ******7990 |
| Co-Debtor Taxpayer ID #: | | Account Title: | MMA |
| For Period Beginning: | 5/19/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/26/2010 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/25/2010 | | Bank of New York Mellon | Transfer Funds | 9999-000 | $7,603.46 | | $7,603.46 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.06 | | $7,603.52 |
| | | | **TOTALS:** | | $7,603.52 | $0.00 | $7,603.52 |
| | | | Less: Bank transfers/CDs | | $7,603.46 | $0.00 | |
| | | | Subtotal | | $0.06 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.06 | $0.00 | |

**For the period of 5/19/2009 to 7/26/2010**

| | | **For the entire history of the account between 06/25/2010 to 7/26/2010** | |
| --- | --- | --- | --- |
| Total Compensable Receipts: | $0.06 | Total Compensable Receipts: | $0.06 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.06 | Total Comp/Non Comp Receipts: | $0.06 |
| Total Internal/Transfer Receipts: | $7,603.46 | Total Internal/Transfer Receipts: | $7,603.46 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.: 09-17990-ERW
Case Name: MIROSLAV LECIC
Trustee Name: David P. Leibowitz

Claims of secured creditors will be paid as follows: NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---:|---:|
| Trustee, DAVID P. LEIBOWITZ | $1,510.35 | $66.14 |
| Attorney for Trustee, Lakelaw | $705.00 | $0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $56,597.66 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.4%.

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Proposed Amount |
|---:|---|---:|---:|
| 1 | DISCOVER BANK | $8,282.00 | $778.78 |
| 2 | DISCOVER BANK | $11,598.89 | $1,090.67 |
| 3 | American Express Centurion Bank | $575.62 | $54.13 |
| 4 | Chase Bank USA, N.A. | $17,109.69 | $1,608.87 |
| 5 | Chase Bank USA NA | $8,062.51 | $758.14 |
| 6 | FIA CARD SERVICES, NA/BANK OF AMERICA NA USA | $10,968.95 | $1,031.44 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid _pro_ _rata_ only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0%.

Tardily filed general (unsecured) claims are as follows: NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid _pro_ _rata_ only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0%.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

The amount of surplus returned to the debtor(s) after payment of all claims and interest is $0.00.